## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY _____ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

KEVIN MERIK CACCAVARI

Inmate # V 23823 .

(Enter full name of Plaintiff)

vs.                                                CASE NO: 5:12cv 20 -MP/GRJ
                                                   (To be assigned by Clerk)

Mr. Hightower, Inspector General Gulf C.I.
Mr. Stone, Assistant Warden Gulf C.I.
MELISSA DAVIS, Correctional officer Gulf C.I.
Elto Barfield Classification officer, Gulf C.I.
Mr. Barfield, Assistant Warden, Apalachee C.I.
Ms. Grover, Mail officer Apalachee C.I.
Ms. Lockwood, Classification Officer, Apalachee C.I.

(Enter name and title of each Defendant.

if additional space is required, use the

blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

Rec
Filed0201'12UsDcFln5PM0216 0203'12UsDcFln1m1047

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: KEVIN MERIK CACCAVARI

Inmate Number  V23323

Prison or Jail: Apalachee Correctional Institution

Mailing address: 52 West Unit Drive
Sneads, FL 32460

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1)  Defendant's name: Mr. Hightower
Official position: Inspector General
Employed at: Gulf Correctional Institution
Mailing address: 500 Ike Steele Rd.
Wewahitchka, FL 32465

(2)  Defendant's name: Mr. Slone
Official position: Assistant Warden
Employed at: Gulf Correctional Institution
Mailing address: 500 Ike Steele Rd.
Wewahitchka, FL 32465

(3)  Defendant's name: Melissa Davis
Official position: Correctional Officer
Employed at: Gulf Correctional Institution
Mailing address: 500 Ike Steele Rd.
Wewahitchka, FL 32465

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

11. DEFENDANT(S): cont'd

(4) Elto Barfield
Classification Officer
Gulf Correctional ~~INSTITUTION~~ INSTITUTION
500 Ike Steele Rd.
Wewahitchka, FL 32465

(5) Mr. Barfield
Assistant Warden
Apalachee Correctional Institution
52 West Unit Drive
Sneads, FL 32460

(6) Ms. Grover
Mail Officer
Apalachee Correctional Institution (EAST UNIT)
35 Apalachee Drive
Sneads, FL 32460

(7) Ms. Lockwood
Classification Officer
Apalachee Correctional Institution (EAST-UNIT)
35 Apalachee Drive
Sneads, FL 32460

## III.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV.   PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( X )          No( )

1.   Parties to previous action:
(a)   Plaintiff(s): _KEV_

(b)   Defendant(s): _____

2.   Name of judge: _____   Case #: _____

3.   County and judicial circuit: _____

4.   Approximate filing date: _____

5.   If not still pending, date of dismissal: _____

6.   Reason for dismissal: _____

7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list state court cases.)**

B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( Y )          No( )

1.   Parties to previous action:
a.   Plaintiff(s): _KEVIN MERIK CACCAVARI_

b.   Defendant(s): _John Bush et al_

2.   District and judicial division: _Northern District Florida, Panama City_

3.   Name of judge: _Richard Kahn_   Case #: _5:11cv 325/RS/CJK_

4.   Approximate filing date: _October, 2011_

5.   If not still pending, date of dismissal: _November 2011_

6.   Reason for dismissal: _Failure to pay filing fee_

3

7.   Facts and claims of case: Sexual harrassment / Misconduct

**(Attach additional pages as necessary to list other federal court cases.)**

C.   Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )                    No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.   Parties to previous action:
   a.   Plaintiff(s): _____
   b.   Defendant(s): _____
2.   District and judicial division: _____
3.   Name of judge: _____   Case #: _____
4.   Approximate filing date: _____
5.   If not still pending, date of **dismissal:** _____
6.   Reason for dismissal: _____
7.   Facts and claims of case: _____
   _____

**(Attach additional pages as necessary to list cases.)**

D.   Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )                    No( )

1.   Parties to previous action:
   a.   Plaintiff(s): _____
   b.   Defendant(s): _____
2.   District and judicial division: _____
3.   Name of judge: _____   Case Docket # _____
4.   Approximate filing date: _____   Dismissal date: _____
5.   Reason for dismissal: _____

6.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V.   STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  <u>Do not make any legal arguments or cite to any cases or statutes.</u>  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

I was incarcerated at Gulf Correctional Institution this year for approximately 4 months. I was subject to cruel and unusual punishment as well as sexual harrassment by a Department of Corrections employee when I filed a civil complaint against John Bush. On October 6, 2011 I was interviewed by Mr. Hightower at Gulf C.I. to discuss an incident that took place concerning Melissa Davis. Davis threatened and assaulted me then wrote a false Disciplinary report and stole my legal mail out of retaliation for reporting her. On October 12, 2011 I was at Gulf Annex, because Mr. Hightower sent me over there, attending a hearing pertaining to the Disciplinary Report Davis wrote me. Assistant Warden Slone, Elto Barfield, and Mr. Hightower whom I had a recorded interview with October 6, 2011 stated that they were not aware of the incident concerning Davis. I was transferred to Apalachee Correctional Institution. At Orientation I met with Ms. Grover and explained my previous situation and told her I'm not comfortable with correctional officers handling my legal mail due to the sensitive nature of my previous complaint. She then advised me that Mr. Sliving was her relative, she referred to him as "Brandon".

5

She then told me she was familiar with my situation because of "Branden" and that my legal mail would be read and there was nothing I could do about it. I then confided in my classification officer Ms. Lockwood and asked her help for protection and she told me there was nothing she could do and didn't know what to tell me. Ms. Lockwood then threatened me with confinement if I didn't "get out of her face". I was transferred to Apalachee C.I. (West Unit). On December 8, 2011 I went for a job assignment where I met Assistant Warden Barfield. Mr. Barfield pushed me against the wall by my neck and proceeded to choke me while telling me my former classification officer at Gulf Correctional Institution. Elto Barfield was "of kin" to him and told him my previous situation and told him to give me the "VIP" treatment. He continued to vigorously squeeze my neck and told me I better stay out of his face and watch my back. He then told me, while still choking me, that I was going to slave in the kitchen and told a spectating officer he "had himself a white Toby", referring to the movie roots where Toby was a slave. He then told me stay the fuck out of his face and pushed me out of the door.

6

## VI.    STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific.  Number each separate claim and relate it to the facts alleged in Section V.  **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

My Eighth amendment right to prohibition against cruel and unusual punishment was violated As well as my right to Due process under the 5th and 14th amendments, Mr. Hightower failed to take appropriate action in a timely manner, Ms. Davis lied against me then stole my legal mail. Mr. Slone and Barfield contacted their relatives at my current institution, Ms. Grover advised me my legal mail would be tampered with and Asst. Warden Barfield assaulted and verbally threatened me.

## VII.    RELIEF REQUESTED:

State briefly what relief you seek from the Court.  Do **not make legal** arguments or cite to cases/ statutes.

- Transfer to a different region of Florida D.O.C.
- INJUNCTION FOR PROTECTION AGAINST DEFENDANTS
- $1,000,000 Punitive Damages
- Protection from further retaliation

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

12/7/2011
(Date)

Kevin Caurarari
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the  9th  day of  December  , 2011 .

Kevin Caurarari
(Signature of Plaintiff)

Revised 03/07

.

7

KEVIN CACCAVARI V23823
Apalachee Correctional Institution
52 West Unit Drive
Sneads, FL 32460

United States District Court
Panama City Division
30 W. Government Street
Panama City, FL 32401

