**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

KEVIN MERIK CACCAVARI,

    Plaintiff,

v.                                                        CASE NO. 5:12cv20-MP-GRJ

HIGHTOWER, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 8, 2012. (Doc. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     This case is DISMISSED for failure to prosecute and to comply with an order of the court. The Clerk is directed to close the file.

    **DONE and ORDERED** this 15th day of June, 2012.

                                                  *s/ M. Casey Rodgers*
                                                  **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**